930

No. 544, Misc.   MOUNTS *v.* BOLES, WARDEN.   Supreme Court of Appeals of West Virginia.   Certiorari denied.

No. 582, Misc.   BOGAN *v.* NEW YORK.   Appellate Division, Supreme Court of New York, Fourth Judicial Department.   Certiorari denied.   Petitioner *pro se.*   *Carman F. Ball* and *Irma R. Thorn* for respondent.

No. 585, Misc.   LUCKY *v.* ANDERSON.   United States Court of Appeals for the District of Columbia Circuit. Certiorari denied.   *Diana K. Powell* for petitioner.   *Solicitor General Cox, Assistant Attorney General Marshall* and *Harold H. Greene* for respondent.

No. 592, Misc.   WHITE *v.* UNITED STATES.   C. A. 8th Cir.   Certiorari denied.   Petitioner *pro se.   Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 595, Misc.   HARPER *v.* MICHIGAN.   Supreme Court of Michigan.   Certiorari denied.

No. 612, Misc.   SEES *v.* NEW YORK.   Court of Appeals of New York.   Certiorari denied.

No. 629, Misc.   COOPER *v.* CONNECTICUT.   Supreme Court of Errors of Connecticut.   Certiorari denied.

No. 222, Misc.   ARELLANES *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.   MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.   Petitioner *pro se.   Solicitor General Cox* for the United States.